# IN THE CHANCERY COURT OF HAMILTON COUNTY, TENNESSEE

TAMMY E. PARKER,

    Plaintiff,

vs.

MUTUAL OF OMAHA, and its affiliate, UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendants.

Docket No.: 10-0948

Part: _____

JURY DEMAND

## COMPLAINT

Tammy E. Parker, through counsel, alleges as follows:

1. Plaintiff, Tammy E. Parker, is a resident of Chattanooga, Hamilton County, Tennessee.

2. Defendant, Mutual of Omaha, is an insurance company authorized to do business in Tennessee.

3. Defendant, United of Omaha Life Insurance Company, is an insurance company and an affiliate of Mutual of Omaha and was the issuer of the policies in question and is authorized to do business in Tennessee.

4. Ms. Parker was employed with the Chattanooga Housing Authority. Through her employment, she entered into policies with Mutual of Omaha under its affiliate United of Omaha Life Insurance Company, for both long-term disability benefits and for life insurance benefits.

10 NOV -8 PM 3: 45

5. Pursuant to the terms of the life insurance policy, when Ms. Parker became "totally disabled" from working, the monthly premium for the life insurance was to have been waived.

6. Since October 31, 2008, Ms. Parker has been totally disabled from working and is entitled to the continuation of her long-term disability benefits and to the waiver of life insurance premium.

Wherefore, Plaintiff respectfully prays:

1. That all proper process issue, with a copy to be served upon the defendants, requiring an answer.

2. That at the hearing of this cause the Court enter judgment against Mutual of Omaha and United of Omaha Life Insurance Company for long-term disability benefits due, waiver of life insurance premiums, attorney's fees, punitive damages, together with interest and penalties.

3. That the Court grant such other, general, further relief as equity and justice demand.

4. That this cause be heard before a jury.

Respectfully submitted,

WEILL & LONG, PLLC

By _____
Flossie Weill (BPR No. 004637)
Ira M. Long, Jr. (BPR No. 22411)
Attorneys for Plaintiff
1205 Tallan Building, Two Union Sq.
Chattanooga, TN 37402
Telephone: 423/756-5900
Facsimile: 423/756-5909

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
500 James Robertson Parkway
Nashville, TN 37243-1131
PH - 615.532.5260, FX - 615.532.2788
brenda.meade@tn.gov

November 22, 2010

Mutual Of Omaha Insurance Company
Mutual Of Omaha Plaza
Omaha, NE 68175
NAIC # 71412

Certified Mail
Return Receipt Requested
7009 3410 0002 1724 0286
Cashier # 6339

Re: Tammy E. Parker V. Mutual Of Omaha Insurance Company

Docket # 10-0948

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served November 17, 2010, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Chancery Court Clerk
    Hamilton County
    201 East Seventh Street, Rm 300
    Chattanooga, Tn 37402

# State of Tennessee
## IN THE CHANCERY COURT FOR HAMILTON COUNTY

TAMMY E. PARKER
             **PLAINTIFF**

VS.                                     DOCKET NO. 10-0948

MUTUAL OF OMAHA, and its affiliate,
UNITED OF OMAHA LIFE INSURANCE
COMPANY
             **DEFENDANTS**

## SUMMONS

TO DEFENDANT: (1) MUTUAL OF OMAHA     (Policy No. GLTD365B)
        Serve: Through Commissioner of Insurance     (Claim No. 250803371801)

(2) UNITED OF OMAHA LIFE INSURANCE COMPANY (Policy No. GLUG-365B)
        Serve: Through Commissioner of Insurance

You are summoned and required to Answer and make defense to a Complaint herewith served upon you. Your Answer to the Complaint must be filed and served upon plaintiff's attorney on or before thirty (30) days after service of this Summons and Complaint upon you, exclusive of the day of service. Your Answer must be filed in the OFFICE OF THE CLERK & MASTER, 300 Courthouse, 625 Georgia Avenue, Chattanooga, Tennessee 37402. You are also required to serve a copy of your Answer upon the plaintiff's attorney, or the *pro se* plaintiff as set out below. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

ISSUED & TESTED this 9th day of November, 2010.

                                  S. LEE AKERS, CLERK & MASTER

                                  By: _____
                                      DEPUTY CLERK & MASTER

| | |
|---|---|
| Flossie Weill, Esq.     004637 | **NOTICE TO DEFENDANT(S)** |
| Plaintiff Attorney     BPR# | Tennessee Code Annotated § 26-2-103 provides a $4,000.00 personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk & Master. The list may be filed at any time and may be changed by you thereafter as necessary; however unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you, would have the right to recover them. If you do not understand your exemption right or how to claim it, you may wish to seek the counsel of a lawyer. |
| or Plaintiff if no attorney *(pro se)* | |
| 1205 Tallan Building, 2 Union Square | |
| Address | |
| Chattanooga, TN 37402 | |
| 423/756-5900     423/756-5909 | |
| Tel. NO.     Fax NO. | |

10 NOV 23 AM 10: 16

Case 1:10-cv-00330-CLC-SKL  Document 1-1  Filed 12/15/10  Page 4 of 6  PageID #: 8

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
500 James Robertson Parkway
Nashville, TN 37243-1131
PH - 615.532.5260, FX - 615.532.2788
brenda.meade@tn.gov

November 22, 2010

United Of Omaha Life Ins Company Certified Mail
Mutual Of Omaha Plaza Return Receipt Requested
Omaha, NE 68175 7009 3410 0002 1724 0293
NAIC # 69868 Cashier # 6340

Re: Tammy E. Parker  V.  United Of Omaha Life Ins Company

 Docket # 10-0948

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served November 17, 2010, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Chancery Court Clerk
 Hamilton County
 201 East Seventh Street, Rm 300
 Chattanooga, Tn 37402

10 NOV 29 AM 10: 16

# State of Tennessee
## IN THE CHANCERY COURT FOR HAMILTON COUNTY

TAMMY E. PARKER
_____
PLAINTIFF

VS.

DOCKET NO. 10-0948

MUTUAL OF OMAHA, and its affiliate,
UNITED OF OMAHA LIFE INSURANCE
COMPANY
_____
DEFENDANTS

## SUMMONS

TO DEFENDANT: (1) MUTUAL OF OMAHA                    (Policy No. GLTD365B)
                Serve: Through Commissioner of Insurance    (Claim No. 250803371801)

            (2) UNITED OF OMAHA LIFE INSURANCE COMPANY (Policy No. GLUG-365B)
                Serve: Through Commissioner of Insurance

You are summoned and required to Answer and make defense to a Complaint herewith served upon you. Your Answer to the Complaint must be filed and served upon plaintiff's attorney on or before thirty (30) days after service of this Summons and Complaint upon you, exclusive of the day of service. Your Answer must be filed in the OFFICE OF THE CLERK & MASTER, 300 Courthouse, 625 Georgia Avenue, Chattanooga, Tennessee 37402. You are also required to serve a copy of your Answer upon the plaintiff's attorney, or the *pro se* plaintiff as set out below. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

ISSUED & TESTED this 9th day of November, 2010.

S. LEE AKERS, CLERK & MASTER

By: _____
DEPUTY CLERK & MASTER

Flossie Weill, Esq.                             004637
Plaintiff Attorney                              BPR#
or Plaintiff if no attorney (*pro se*)

1205 Tallan Building, 2 Union Square
Address

Chattanooga, TN 37402

423/756-5900                                    423/756-5909
Tel. NO.                                        Fax NO.

**NOTICE TO DEFENDANT(S)**
Tennessee Code Annotated § 26-2-103 provides a $4,000.00 personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk & Master. The list may be filed at any time and may be changed by you thereafter as necessary; however unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you, would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

10 NOV 29 AM 10: 16