UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TAMMY E. PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:10-cv-330 |
| v. | ) |
| | ) Collier/Lee |
| MUTUAL OF OMAHA, and its affiliate, | ) |
| UNITED OF OMAHA LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this case be dismissed, with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

APPROVED FOR ENTRY:

WEILL & LONG, PLLC

By: s/Ira M. Long, Jr.
Flossie Weill, TN BPR No. 4637
Ira M. Long, Jr., TN BPR No. 22411
1205 Tallan Building
2 Union Square
Chattanooga, TN 37402
(423) 756-5900
Fax: (423) 756-5909

Counsel for Plaintiff

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.

By: s/Cameron S. Hill
Cameron S. Hill, TN BPR No. 017408
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN  37450-1800
(423) 756-2010
Fax:  (423) 756-3447

Counsel for Defendants

- 2 –

C CSH 570906 v1
2786516-000043 05/24/2011
Case 1:10-cv-00330-CLC-SKL   Document 27   Filed 05/24/11   Page 2 of 2   PageID #: 145